ORIGINAL

Of Counsel:
**ROECA LURIA HIRAOKA LLP**
A Limited Liability Law Partnership

APRIL LURIA            4687-0
*aluria@rlhlaw.com*
Davies Pacific Center
841 Bishop Street, Ste. 900
Honolulu, Hawai'i  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorney for Defendants State of Hawaii,
Hawaii Department Public Safety, Jodie F.
Maesaka-Hirata, Tommy Johnson, Scott
Jinbo, Jeanette Baltero, Larry Hales, and
Shari Kimoto

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2012

at 2 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Estate of CLIFFORD MEDINA, deceased, by and through BEVERLY LOKELANI MEDEIROS, as Administrator; MOLLIANN WALTJEN; BEVERLY LOKELANI MEDEIROS, in her individual capacity; KAWAHINEKUUIPOLANI CLIFFANN MEDEIROS and ROSEANNA MEDEIROS,<br><br>          PlaintiffS,<br><br>     vs.<br><br>STATE OF HAWAII; HAWAII DEPARTMENT OF PUBLIC SAFETY; JODIE F. MAESAKA-HIRATA, Director, Hawaii Department of Public Safety; CLAYTON FRANK, former Director, Hawaii Department of Public Safety; JOE W. BOOKER, JR., former Deputy Director, | CIVIL NO. CV12 00340 SOM KSC<br><br>**NOTICE OF REMOVAL; EXHIBIT "A" – "B"; CERTIFICATE OF SERVICE** |

2657171.1

Hawaii Department of Public Safety, Corrections Division; TOMMY JOHNSON, former Deputy Director, Hawaii Department of Public Safety, Corrections Division; SCOTT JINBO, Contract Monitor; JEANETTE BALTERO, Contract Monitor; CAROL PAYNE, Health Care Administrator; LARRY HALES, MAUREEN TITO, Program Administrator; SHARI KIMOTO, Mainland Branch Coordinator, Hawaii Department of Public Safety; CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation; Classification Supervisor CHRISTINE FRAPPIEA; Shift Supervisor JESUS GUILIN; Unit Manager FRANK GARCIA; Unit Manager TIMOTHY DOBSON; Senior Correctional Officer ALFRED TREJO; Assistant Warden BEN GRIEGO; Assistant Warden KALUM KALANI; Assistant Warden JODY BRADLEY; Warden TODD THOMAS; Assistant Chief of Security SEAN MEINER; and DOES 1 through 40, inclusive,

Defendants.

## NOTICE OF REMOVAL; CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1441(c), Defendants State of Hawaii, Hawaii Department Public Safety, Jodie F. Maesaka-Hirata, Tommy Johnson, Scott Jinbo, Jeanette Baltero, Larry Hales, and Shari Kimoto notice the removal of the above-captioned case from the Circuit Court of the First Circuit of the State of Hawaii, filed under Civil Cause No. 12-1-0441-05 (ECN), to this Court.

1. On or about May 23, 2012, Plaintiffs filed a Complaint against the above-captioned Defendants in the Circuit Court of the First Circuit of the State of Hawaii under Civil Cause No. 12-1-0441-05 (ECN). A copy of the Complaint is attached as Exhibit A.

2. In their Complaint, Plaintiffs assert the following claims against all Defendants: (1) wrongful death in violation of H.R.S. § 663-3 (Count 1); (2) negligence and gross negligence (Count 2); (3) cruel and unusual punishment in violation of Article I, section 12 of the Hawaii Constitution (Count 3); and (4) substantive due process violations under Article I, section 5 of the Hawaii Constitution (Count 4). Against all Defendants, except for the State of Hawaii and Hawaii DPS, Plaintiffs assert violations of the First, Eighth, and Fourteenth Amendments to the Constitution of the United States (Counts 5 and 8). Against the Corrections Corporation of America ("CCA") Defendants, Plaintiffs assert a failure to properly supervise, hire, and train, pursuant to 42 U.S.C. § 1983 (Count 6), and against Hawaii DPS and CCA, Plaintiffs assert violations of Title II of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act of 1973 (Count 7).

3. This Court has jurisdiction under 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. § 1441(c) because Plaintiffs' Complaint alleges violations of federal statutes – 42 U.S.C. § 1983, Title II of the ADA, and §

504 of the Rehabilitation Act of 1973 – and the First, Eighth, and Fourteenth Amendments to the Constitution of the United States.

4. All Defendants consent to the removal of this case from the Circuit Court of the First Circuit of the State of Hawaii to the United States District Court for the District of Hawaii.

5. Defendants State of Hawaii, Hawaii Department Public Safety, Maesaka-Hirata, Johnson, Jinbo, Baltero, Hales, and Kimoto, file this Notice of Removal within thirty (30) days after initial service of the Complaint. This Notice is timely under 28 U.S.C. § 1446(b).

6. Defendants have filed a Notice of Filing Notice of Removal in the Circuit Court of the First Circuit of the State of Hawaii on behalf of Defendants. A true and correct copy of this Notice (exclusive of exhibits) is attached as Exhibit B.

WHEREFORE, Defendants State of Hawaii, Hawaii Department Public Safety, Maesaka-Hirata, Johnson, Jinbo, Baltero, Hales, and Kimoto,

/

/

/

/

- 5 -

respectfully request that this state action be removed to this Court.

DATED: Honolulu, Hawaii, _____ JUN 1 3 2012 _____.

_____
APRIL LURIA
Attorney for Defendants State of Hawaii,
Hawaii Department Public Safety,
Jodie F. Maesaka-Hirata, Tommy Johnson,
Scott Jinbo, Jeanette Baltero,
Larry Hales, and Shari Kimoto